IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STANLEY ISAAC NELSON                                                              PETITIONER

VS.                                    CASE NO. 4:06CV01014 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                            RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 14th day of March, 2008.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE